Joseph Zbetovsky, plaintiff in error, v. Anton Doupnik, defendant in error. Gen. No. 28,353.

Motion to set aside dismissal of cause and judgment for costs. Motion denied. Error to the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed April 29, 1925.

Carlton S. Badger, for plaintiff in error. Stanley Vesely, for defendant in error.

Mr. Justice Taylor delivered the opinion of the court.

---

Charles E. Dellenbarger, by Fred E. Hummel, trustee in bankruptcy, appellee, v. Robert S. Nahin et al., on appeal of Sara Shatz, appellant. Gen. No. 29,247.

Bill for an accounting. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Affirmed. Opinion filed April 29, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Laurence M. Fine and Robert D. Melick, for appellant. Moses, Rosenthal & Kennedy, for appellee; Robert Bachrach and I. E. Ferguson, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

Lewis-Simas-Jones Company, appellee, v. Peter Peerbolte, appellant. Gen. No. 29,273.

Action on promissory notes. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Jesse Holdom, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed April 29, 1925.

Rathje, Wesemann, Hinckley & Barnard, for appellant. Ela, Grover & March and Justin K. Orvis, for appellee; Justin K. Orvis and Benjamin F. March, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

Theodore Aaron, Inc., a corporation, appellee, v. Maurice Cohen, appellant. Gen. No. 29,300.

Action to recover for merchandise sold. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Affirmed. Opinion filed April 29, 1925. Rehearing denied May 14, 1925.

Henry G. Ferncase, for appellant. Cassels, Potter & Bentley, for appellee.

Mr. Justice Taylor delivered the opinion of the court.